UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| APS Realty, LLC. | ) | CASE NO. 10-34712 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT

COMES NOW Nancy J. Gargula, United States Trustee, by counsel, Alexander L. Edgar, Assistant United States Trustee, pursuant to 28 U.S.C. § 586(a)(3)(D) and (G), and respectfully moves this Court to dismiss or convert this case to a case under Chapter 7 of the Bankruptcy Code, and in support thereof, the United States Trustee states as follows:

1. This case was commenced by the Debtor filing its voluntary Chapter 11 petition on September 30, 2010.

2. The Court entered its Notice of Status as, and Obligations of, Debtor-in-Possession in Chapter 11 on October 1, 2010 which, *inter alia*, ordered the Debtor to file monthly operating reports concerning the operation of its business and a disclosure statement and proposed plan or verified report, in lieu thereof, on or before February 28, 2011.

3. The Debtor has failed to file a disclosure statement and proposed plan or verified report, in lieu thereof, in contravention of the Notice of Status and in violation of 11 U.S.C. § 1112 (b) (4) (E).

4. The Debtor has not filed with the Court monthly operating reports for December 2010 and January 2011 in violation of the Notice of Status, Fed. R. Bankr. P.

|   |   |
|---|---|
| | 2015(a)(3), N.D. Ind. L.B.R. B-2015.1, 11 U.S.C. § 704(8), § 1106(a)(1) and § 1107(a) and the United States Trustee Operating Guidelines. |
| 5 | The failure to file monthly operating reports establishes sufficient cause to dismiss or convert a Chapter 11 case to a Chapter 7 case.  See *In re McClure*, 69 B.R. 282 (Bankr. N.D. Ind. 1987). |
| 6. | Pursuant to the provisions of 28 U.S.C. § 1930(a)(6), the Debtor is responsible for payment of quarterly fees to the United States Trustee until this case is converted or dismissed, whichever occurs first. |
| 7 | The Debtor owes United States Trustee quarterly fees for the fourth quarter of 2010. |
| 8. | The United States Trustee is unable to compute 28 U.S.C. § 1930(a)(6) quarterly fees unless the Debtor files timely and accurate monthly reports. |
| 9. | Among other things, "cause" exists where a debtor fails to timely file reports or other required filings.  11 U.S.C. § 1112(b)(4)(F).  "Timely and accurate financial disclosure is the life blood of the Chapter 11 process" as they provide the "means by which creditors can monitor a debtor's post-petition operations." *Matter of Berryhill*, 127 B.R. 427, 433 (Bankr.N.D. Ind. 1991).  Thus, the failure to file such reports, standing alone, constitutes "cause" for dismissal. |
| 10. | The failure to pay United States Trustee quarterly fees is sufficient cause to dismiss or convert a case pursuant to 11 U.S.C. § 1112(b)(4) (K), and FRBP, 2015 (a) (5). |
| 11. | The debtor has failed to reasonably cooperate with the U.S. Trustee by failing to provide information requested at the § 341 meeting which included the listing of business entities that Amit Shah and his mother have been associated or affiliated with over the last two years.  See N.D. Ind. L.B.R.B-4002-1 (a) (1). |

WHEREFORE, the United States Trustee respectfully requests that this case be dismissed

or converted to a case under Chapter 7 and for all other proper relief.

                                                    Respectfully submitted,

                                                    Nancy J. Gargula
                                                    United States Trustee

By:    /s/ Alexander L. Edgar
        Alexander L. Edgar
        Assistant U.S. Trustee

Office of the U.S. Trustee
555 One Michiana Square Building
100 East Wayne Street
South Bend, IN  46601
(574) 236-8105

## CERTIFICATE OF SERVICE

     I hereby certify that service of the foregoing has been made by placing a copy thereof in the United States Mail, first class, postage prepaid, this 10th  day of April, 1998, addressed to the following:

John W. VanLaere
Jones Ovenchain, LLP
P.O. Box 4577
South Bend, IN 46634-4577

APS Equipment, LLC
54722 Chelsea Court
Elkhart, IN 46514

                                                      _____
                                                      Shirley Barbour
                                                      Secretary to the Assistant U.S. Trustee